UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN W. MATHIEU SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-546** |
| **ROBERT C. TANNER, WARDEN** | **SECTION "J"(2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioners' Objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of John W. Mathieu Sr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE